UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTON COLLECTIBLES, INC. a California Corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>RENAISSANCE GROUP INTERNATIONAL; RALPH'S GROCERY COMPANY,<br><br>                    Defendants. | Civil No.   06cv1115-H(POR)<br><br>**ORDER DENYING IN PART AND GRANTING IN PART MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>**[Doc. No. 43]** |

On August 30, 2006, each party filed a Motion for Entry of Protective Order. The Court has received both motions. Defendants request (1) disclosure of the identities of experts and consultants prior to viewing confidential information and (2) disclosure of the confidential information that will be viewed by an expert or consultant. Plaintiff requests that the identities of experts and consultants and confidential information to be viewed by such experts and consultants not be disclosed. After careful review of the parties' motions, the Court hereby DENIES IN PART and GRANTS IN PART each party's motion. Accordingly, IT IS HEREBY ORDERED:

1. At least ten (10) days prior to disclosure to any expert, consultant or other person as defined in Paragraph 1(c)(2) of the proposed protective order, notice of the identity of the expert or consultant shall be given to the party that designated the documents confidential.

2. The specific identity of confidential information to be disclosed shall not be required.

The Court is cognizant of concerns related to the attorney work product doctrine, and therefore finds it improper to require disclosure of specific information to be reviewed by experts and consultants prior to the expert disclosure date.

3. Parties shall provide sufficient information to identify the expert or consultant so that a determination of whether that expert or consultant has a conflict preventing him or her from viewing confidential information may be made.

4. If a dispute arises after such disclosure, counsel are to meet and confer in accordance with Local Rule 26.1(a) regarding all disputed issues before contacting the Court.

5. In Paragraph 8, the Court directs counsel to the proper designation of titles of Magistrate Judge and District Judge. Counsel are advised that Magistrate Judges and District Judges are both judges that serve within the United States District Court. Counsel are directed to correct the wording to reflect the proper designation of titles.

6. In Paragraph 10, parties shall include instructions for disposing of documents filed with the Court under seal at the conclusion of the case.

7. Parties shall add the following at the end of the protective order: "Without separate Court order, this protective order and stipulation does not change, amend, or circumvent any Court rule or Local Rule."

8. Parties shall modify the proposed protective order in accordance with the Court's order and submit the modified order within ten (10) days of receipt of this order.

DATED: September 14, 2006

_____
LOUISA S PORTER
United States Magistrate Judge

cc: District Judge
all parties